**1012**

**G. L. SANDLIN v. Martha REYNOLDS.**

**No. 1443.**

Circuit Court of Appeals, Tenth Circuit.
June 22, 1936.

Kelly Brown, of Muskogee, Okl., for appellant.

Grover L. Bynum, of Henryetta, Okl., for appellee.

Before LEWIS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed for failure to prosecute.

**Allen D. SCHAEFFER, Bankrupt, Appellant, v. FEDERAL LAND BANK OF BALTIMORE, Appellee.**

**No. 4061.**

Circuit Court of Appeals, Fourth Circuit.
June 9, 1936.

For opinion below, see 14 F.Supp. 807.

R. H. McNeill, of Washington, D. C., for appellant.

PER CURIAM.

Appeal under section 24b of the Bankruptcy Act (11 U.S.C.A. § 47 (b) denied.

**Dominic SCIANNA v. UNITED STATES of America.**

**No. 7231.**

Circuit Court of Appeals, Sixth Circuit.
Feb. 11, 1936.

Henry A. Pollack, of Cleveland, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

The court being of the opinion that there was substantial evidence to support the findings of the trial court and that there is no reversible error on the record, it is therefore ordered that the judgment be, and the same is hereby, affirmed.

**John SHAFFER, Appellant, v. UNITED STATES of America.**

**No. 10663.**

Circuit Court of Appeals, Eighth Circuit.
July 13, 1936.

Marshall O. Mitchell, of St. Louis, Mo., for appellant.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., and Henry G. Morris, Asst. U. S. Atty., of St. Louis, Mo.

PER CURIAM.

Appeal dismissed, without costs to either party in this court, on motion of appellant and consent of appellee.

**Lillian SPENCER, Administratrix, v. UNITED STATES of America.**

**No. 1439.**

Circuit Court of Appeals, Tenth Circuit.
June 22, 1936.

William A. Tidwell, of Idabel, Okl., for appellant.

Cleon A. Summers, U. S. Atty., of Muskogee, Okl.

Before LEWIS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed, for failure to prosecute.